**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

State of New York,

     Plaintiff,

    v.

Grand River Enterprises Six Nations, Ltd. and
Native Wholesale Supply Company,

     Defendants.
_____

    **ORDER**
    14-CV-00910-RJA-LGF

  The Defendants Grand River Enterprises Six Nations, Ltd. and Native Wholesale Supply Company ("Defendants") jointly move to stay discovery *Pending Second Circuit Court of Appeals Decision in Mountain Tobacco* pursuant to Federal Rules of Procedure Rule 26(c). Considering Defendants' joint motion, it is hereby,

  **ORDERED** that the joint motion to stay discovery (Dkt. No. 117) is denied. The action is hereby referred to Magistrate Judge Foschio on the terms in the Court's prior Text Order of referral at Docket No. 83.

**IT IS SO ORDERED.**

Dated: March 21, 2019

        _s/Richard J. Arcara_
        HONORABLE RICHARD J. ARCARA
        UNITED STATES DISTRICT JUDGE